**Order entered October 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01316-CV

### IN RE BRIAN D. MARTEL, Relator

**Original Proceeding from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52347-2015**

## ORDER

Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's Emergency Motion for Stay of Discovery Deadline. We **ORDER**

relator to bear the costs of this original proceeding.


/s/ CRAIG STODDART
   JUSTICE